JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Edie Howard Housel ;
1 Citizen of This State;
**County of Residence:** Jasper County

### Defendant(s):

First Listed Defendant:
Home Depot U,.S.A., Inc. ;
5 Incorporated and Principal Place of Business in Another State; Delaware
**County of Residence:** Outside This District

Additional Defendants(s):
HD Development of Maryland, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Delaware

**County Where Claim For Relief Arose:** Jasper County

### Plaintiff's Attorney(s):

Katrina R. Richards (Edie Housel)
The Hershewe Law Firm, P.C.
431 S. Virginia Ave.
Joplin, Missouri 64801
**Phone:** 417-782-3790
**Fax:** 417-782-8482
**Email:** Katrina.richards@h-law.com

### Defendant's Attorney(s):

Michael D. Mayes ( Home Depot U,.S.A., Inc.)
Evans & Dixon, L.L.C
4905 S. National Ave., Bldg B
Springfield, Missouri 65810
**Phone:** 417-882-4700
**Fax:** 417-882-4927
**Email:** mmayes@evans-dixon.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 1 Citizen of This State

    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Jasper County

    **State Removal Case Number:** 14AO-CC00144

**Nature of Suit:** 360 Other Personal Injury Actions

**Cause of Action:** wrongful death

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** not specified

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Michael D. Mayes

**Date:** 6/28/2014

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

Case 3:14-cv-05084-MDH   Document 1-9   Filed 06/28/14   Page 2 of 2