# WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

### UNITED STATES DISTRICT COURT

| | |
|---|---|
| EDIE HOUSEL, )<br>)<br>)<br>vs. )<br>)<br>HD DEVELOPMENT OF MARYLAND, INC., )<br>and HOME DEPOT U.S.A., INC., )<br>) | Case No. 14-5084-CV-SW-MDH |

\_\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that**

Court **DENIES** Plaintiff's Motion for Remand (Doc. 10) and **DENIES** Defendant CASCO's Motion for Judgment on the Pleadings (Doc. 8). Defendant CASCO is **DISMISSED WITHOUT PREJUDICE** and the Court retains the remainder of the case. (Order, Doc. 16)

Court hereby **GRANTS** Defendants' Motion for Summary Judgment (Doc. 42) and judgment is entered in favor of Defendants and against Plaintiff on all remaining claims. All other motions are **DENIED AS MOOT**. (Order, Document 180)

**IT IS SO ORDERED.**


 July 25, 2016                          Paige Wymore-Wynn____
Date                                              Clerk


Entered on:  July 21, 2016              s/Linda Howard_____
                                           (By) Deputy Clerk